IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | | |
|---|---|---|
| JIT International Corporation Limited | * | |
| Plaintiff, | * | Civil Action No. 4:13-01762 |
| v. | * | |
| Lauritzen Bulkers A/S, | * | IN ADMIRALTY |
| Defendant, | * | |
| and | * | |
| The Master of the M/V ADMIRAL BULKER, *et al.*, | * | |
| | * | |
| Garnishees | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DISMISSAL - WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, no responsive pleading having been filed, please note the dismissal of this action without prejudice, each party to pay its own respective costs and attorneys fees.

Dated: June 26, 2013.

/s/ J. Stephen Simms
J. Stephen Simms
Attorney-In-Charge (*motion pending*)
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
(410) 783-5795
jssimms@simmsshowers.com

JIT Counsel